UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA T. KELLY,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PARADIES SHOPS, INC. and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 2:07-CV-01801-LKK-JFM<br><br>**STIPULATED ORDER FOR EXTENSION OF DEADLINE FOR MEDIATION** |

Having considered the parties' Joint Motion and Stipulation for Extension of Deadline for Mediation, and for good cause shown:

IT IS HEREBY ORDERED that the deadline for the parties to conduct mediation is extended until May 30, 2008.

Dated:   March 31, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT